1  Ronald P. Oines (State Bar No. 145016)
   roines@rutan.com
2  Benjamin C. Deming (State Bar No.233687)
   bdeming@rutan.com
3  Kathryn Domin (State Bar No. 274771)
   kdomin@rutan.com
4  RUTAN & TUCKER, LLP
   611 Anton Boulevard, Fourteenth Floor
5  Costa Mesa, California 92626-1931
   Telephone:  714-641-5100
6  Facsimile:   714-546-9035

7  Attorneys for Plaintiff, ALTAIR INSTRUMENTS,
   INC.

8

9              UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11

12 ALTAIR INSTRUMENTS, INC., a        Case No. CV15-08115 R (FFMx)
   California corporation,
13                                     **PROOF OF SERVICE BY**
              Plaintiff,               **ELECTRONIC AND U.S. MAIL**
14                                     **OF ORDER RE: NOTICE TO**
        vs.                            **COUNSEL [DOCKET NO. 11]**
15
16 KELLEY WEST ENTERPRISES, LLC,
   a Florida limited liability company;
17 PRESSER DIRECT, LLC, a California
   limited liability company;
18 AMAZON.COM, INC., a Delaware
   corporation; HSN, Inc., a Florida
19 corporation, and DOES 1 through 10,
   inclusive,
20
              Defendants.
21

22 **STATE OF CALIFORNIA, COUNTY OF ORANGE**

23      I am employed by the law office of Rutan & Tucker, LLP in the County of
   Orange, State of California.  I am over the age of 18 and not a party to the within
24 action.  My business address is 611 Anton Boulevard, Suite 1400, Costa Mesa,
   California 92626-1931.  My electronic notification address is
25 aspielman@rutan.com.

26      On November 2, 2015, I served on the interested parties in said action the
   within:
27
28            **ORDER RE: NOTICE TO COUNSEL [DOCKET NO. 11]**

Rutan & Tucker LLP
attorneys at law

1    of which a true and correct copy is attached hereto as **Exhibit A** and was served as
2    stated below:

*Attorneys for Defendants Kelley West Enterprises, LLC and Presser*
3    *Direct, LLC*
      Mr. Glenn Trost
4     Snell & Wilmer
      Two California Plaza
5     Suite 2600
      Los Angeles CA 90071
6     email: gtrost@swlaw.com

7
      ☒   **(BY MAIL)** by placing a true copy thereof in sealed envelope(s) addressed as
8          shown above.

9          In the course of my employment with Rutan & Tucker, LLP, I have, through
      first-hand personal observation, become readily familiar with Rutan & Tucker,
10    LLP's practice of collection and processing correspondence for mailing with the
      United States Postal Service.  Under that practice, I deposited such envelope(s) in an
11    out-box for collection by other personnel of Rutan & Tucker, LLP, and for ultimate
      posting and placement with the U.S. Postal Service on that same day in the ordinary
12    course of business.  If the customary business practices of Rutan & Tucker, LLP
      with regard to collection and processing of correspondence and mailing were
13    followed, and I am confident that they were, such envelope(s) were posted and
      placed in the United States mail at Costa Mesa, California, that same date.  I am
14    aware that on motion of party served, service is presumed invalid if postal
      cancellation date or postage meter date is more than one day after date of deposit for
15    mailing in affidavit.

16    ☒   **(BY E-MAIL)** by transmitting a true copy of the foregoing document(s) to
           the e-mail addresses set forth above.
17
           I certify that I am employed in the office of a member of the bar of this Court
18    at whose direction the service was made.

19         Executed on November 2, 2015, at Costa Mesa, California.

20         I declare under penalty of perjury that the foregoing is true and correct.

21

22    _____                    _____
         Angie Spielman                                      (Signature)
23     (Type or print name)

24

25

26

27

28

# EXHIBIT A

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTAIR INSTRUMENTS, INC. | |
| Plaintiff(s), | |
| v. | CASE NO: 2:15–cv–08115–R–FFM |
| KELLEY WEST ENTERPRISES, LLC, et al. | |
| | ORDER RE: NOTICE TO COUNSEL |
| Defendant(s). | |

<u>READ CAREFULLY:  FAILURE TO COMPLY MAY LEAD TO SANCTIONS</u>
===========================================================

This case has been assigned to the calendar of Judge Manuel L. Real.

Counsel are advised that the Court expects strict compliance with the provisions of the Local Rules and the Federal Rules of Civil Procedure NONCOMPLIANCE MAY LEAD TO THE IMPOSITION OF SANCTIONS WHICH MAY INCLUDE THE STRIKING OF PLEADINGS AND ENTRY OF JUDGMENT OR DISMISSAL OF THE ACTION.

The attention of counsel is particularly directed to Local Rule 16. Counsel should also be guided by the following special requirements when litigating cases assigned to Judge Real:

      1. <u>INTERROGATORIES</u>:  See Local Rules.

      2. <u>MOTIONS</u>:  Motions shall be heard on the first and third Monday of each month at 10:00 A.M., unless otherwise ordered by the Court.


EXHIBIT A, PAGE 3

NOTICE TO COUNSEL                                                      PAGE 2

If the Monday is a national holiday, the succeeding Tuesday shall be the motion day. Counsel do not need to contact the Court in this regard, as there is no need to reserve dates.

   3. <u>EX PARTE APPLICATIONS</u>:  No hearing will be held unless deemed necessary by the Court; if the Court requires a hearing, the clerk will contact the parties and inform them of the date and time.  In the moving papers' declaration of notification, the declarant shall state whether or not the application is opposed; if opposed, the declarant shall state that the opposing party was informed that it has twenty—four (24) hours from receipt of the papers to file its opposition.  The matter will then stand submitted.

   4. <u>CONTINUANCES</u>:  Counsel requesting a continuance must submit a stipulation with a detailed declaration as to the reason for the requested continuance or extension of time, together with a proposed order. Stipulations, including those for second and subsequent extensions of time to respond to the complaint, are effective ONLY when approved by this Court.  Any stipulation not in compliance with this order or the Local Rules will automatically be denied without further notice to the parties.

   5. <u>CONFORMED COPIES</u>:  Parties will receive conformed copies through the Court's CM/ECF e—filing system; or by mail, if applicable.

   6. <u>REMOVED ACTIONS</u>:  Any answers filed in state court must be refiled in this Court as a supplement to the petition.  Any pending motions must be renoticed in accordance with Local Rule 7.

   7. <u>WAIVED LOCAL RULES</u>:  (Local Rule 16—14.1): Settlement conferences are NOT mandatory; if the parties mutually agree to the holding of a settlement conference, they shall contact the clerk. (Local Rule 7—3): parties are NOT obligated to meet and confer, or file a declaration in

NOTICE TO COUNSEL                                                                    PAGE 3

===============================================================

connection thereto, for the purposes of preparing and filing dispositive

motions (to dismiss, summary judgment, etc).

      8.  <u>FEDERAL RULE 26(f)</u>:  This Court requires the following,

and counsel are ORDERED to follow this outline: 30 days after the first

answering defendant files a response to the complaint, the parties shall hold

an early meeting, in person, for the purpose of making initial disclosures.

Plaintiff's counsel shall have the duty of scheduling the meeting.  The parties

shall then file a Joint Report of Early Meeting within 14 days of the holding

of the Early Meeting of Counsel.  Counsel are informed that approximately

30 days after receipt of the Joint Report, this Court shall issue an Order setting

the dates of the Final Pre–Trial Conference, and the Trial of the action.  This

Court shall not set a "scheduling conference" or issue a "scheduling order"

other than as set out previously in this section.

      9.  <u>COURTESY COPIES OF E–FILED DOCUMENTS</u>:  Courtesy

copies are not accepted directly in chambers.  Copies of all e–filed documents shall

be delivered either to the civil intake section clearly marked as a courtesy copy,

placed in the courtesy copy in–box outside of chambers or sent to the Court via

overnight mail, within twelve (12) court business hours of the time the document

was e–filed.  The courtesy copy shall be blue–backed and double–hole punched.

      10.  <u>WORD/WORDPERFECT PROPOSED ORDERS, JUDGMENTS</u>

<u>OR ANY OTHER SIGNATURE ITEMS</u>:  Pursuant to General Order 08–02, a

<u>Microsoft Word</u> or <u>WordPerfect</u> copy of <u>any</u> proposed document requiring a

signature shall and <u>must</u> be e–mailed to the generic chambers e–mail address

(r_chambers@cacd.uscourts.gov).  The subject line of the e–mail shall be in the

following format:  court's divisional office, year, case type, case number, judge's

initials and filer (party) name [e.g., 2:09 CV 09876 R (Plaintiff or Defendant's

NOTICE TO COUNSEL                                                                    PAGE 4

============================================================================

name)].

      11. <u>NOTICE OF THIS ORDER</u>:  Counsel for plaintiff, or plaintiff,

if appearing on his or her own behalf, is responsible for promptly serving this

notice on defendant's counsel, and filing a proof of service with the notice

attached as an exhibit with the Court.  If this case came to the Court via a

Noticed Removal, this burden falls to the removing defendant.


Date: October 21, 2015


                                             _____

                                             Manuel L. Real
                                             United States District Judge

EXHIBIT A , PAGE 6