**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| RONALD P. OINES, ESQ. \| SBN: 145016 roines@rutan.com<br>RUTAN & TUCKER, LLP<br>611 ANTON BOULEVARD, SUITE 1400<br>COSTA MESA, CA 92626<br>TELEPHONE NO.: (714) 641-5100 \| FAX NO. (714) 546-9035 \| E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiff: ALTAIR INSTRUMENTS, INC. | |

UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CA
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE: , CA
BRANCH NAME: CENTRAL DISTRICT OF CALIFORNIA

| PLAINTIFF/PETITIONER: ALTAIR INSTRUMENTS, INC., a California Corporation | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: KELLEY WEST ENTERPRISES, LLC, etc et al. | 2:15-CV-08115-R (FFMX) |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ Summons
   b. ☐ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet
   e. ☐ Cross-complaint
   f. ☒ other (specify documents): SUMMONS IN A CIVIL ACTION; COMPLAINT FOR PATENT INFRINGEMENT; DEMAND FOR JURY TRIAL; CIVIL COVER SHEET; NOTICE OF INTERESTED PARTIES; REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

3. a. Party served (specify name of party as shown on documents served):
   KELLEY WEST ENTERPRISES, LLC, a Florida Limited Liability Company

   b. ☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) (specify name and relationship to the party named in item 3a):
   MITCHELL GREEN - AGENT FOR SERVICE OF PROCESS

4. Address where the party was served: 4000 HOLLYWOOD BLVD, STE 485-SOUTH
   HOLLYWOOD, FL 33021.

5. I served the party (check proper box)
   a. ☐ by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): (2) at (time):
   b. ☒ by substituted service. On (date): 10/22/2015 at (time): 10:23 am I left the documents listed in item 2 with or in the presence of (name and title or relationship to person indicated in item 3b):
   ELENA BELDEN - ASSISTANT

   (1) ☒ (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

   (2) ☐ (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ (physical address unknown) a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

   (4) ☒ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on
   (date): from (city): or ☒ a declaration of mailing is attached.

   (5) ☐ I attach a declaration of diligence stating actions taken first to attempt personal service.

Page 1 of 2

| Form Approved for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | PROOF OF SERVICE OF SUMMONS | Code of Civil Procedure, § 417.10<br>POS010-1/2613278MO |

| PETITIONER: ALTAIR INSTRUMENTS, INC., a California Corporation | CASE NUMBER: |
|---|---|
| RESPONDENT: KELLEY WEST ENTERPRISES, LLC, etc et al. | 2:15-CV-08115-R (FFMX) |

c. ☐ by mail and acknowledgment of receipt of service. I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
   (1) on (date):                                    (2) from (city):
   (3) ☐ with two copies of the Notice and Acknowledgment of Receipt and a postage-paid return envelope addressed to me. (Attach completed Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)
   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)
d. ☐ by other means (specify means of service and authorizing code section):

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of (specify):
   c. ☐ as occupant.
   d. ☒ On behalf of (specify): KELLEY WEST ENTERPRISES, LLC, a Florida Limited Liability Company
      under the following Code of Civil Procedure section:
      ☐ 416.10 (corporation)              ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)      ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)      ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)            ☐ 415.46 (occupant)
                                          ☒ other: LIMITED LIABILITY COMPANY

7. Person who served papers
   a. Name: LEONARD J. GARTMAN (Florida Process Server) C/O Nationwide Legal, LLC
   b. Address: 200 W. Santa Ana Blvd., Suite 300  Santa Ana, CA 92701
   c. Telephone number: (714) 558-2400
   d. The fee for service was: $ 298.08
   e. I am:
      (1) ☒ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☐ registered California process server:
         (i) ☐ owner    ☐ employee    ☐ independent contractor.
         (ii) Registration No.:
         (iii) County:

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 10/26/2015
Nationwide Legal, LLC
200 W. Santa Ana Blvd., Suite 300
Santa Ana, CA 92701
(714) 558-2400
www.nationwideasap.com

LEONARD J. GARTMAN (Florida Process Server)
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)          ▶  (SIGNATURE)

| Attorney or Party without Attorney:<br>RONALD P. OINES, ESQ., SBN: 145016<br>RUTAN & TUCKER, LLP<br>611 ANTON BOULEVARD, SUITE 1400<br>COSTA MESA, CA 92626<br>TELEPHONE No.: (714) 641-5100   FAX No. (Optional): (714) 546-9035<br>E-MAIL ADDRESS (Optional):<br>Attorney for: Plaintiff ALTAIR INSTRUMENTS, INC. | FOR COURT USE ONLY |
|---|---|
| Ref No. or File No.: 024004-0020 2118 | |

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT - CENTRAL DISTRICT OF CALIFORNIA

Plaintiff: ALTAIR INSTRUMENTS, INC., a California Corporation
Defendant: KELLEY WEST ENTERPRISES, LLC, etc et al.

| PROOF OF SERVICE BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>2:15-CV-08115-R (FFMX) |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT FOR PATENT INFRINGEMENT; DEMAND FOR JURY TRIAL; CIVIL COVER SHEET; NOTICE OF INTERESTED PARTIES; REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at SANTA ANA, California, addressed as follows:

   a. Date of Mailing:         October 23, 2015
   b. Place of Mailing:        SANTA ANA, California
   c. Addressed as follows:    KELLEY WEST ENTERPRISES, LLC, a Florida Limited Liability Company
                               ATTENTION: MITCHELL GREEN - AGENT FOR SERVICE OF PROCESS
                               4000 HOLLYWOOD BLVD, STE 485-SOUTH
                               HOLLYWOOD, FL 33021

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at SANTA ANA, California in the ordinary course of business.

Fee for Service: $ 298.08
NATIONWIDE Nationwide Legal, LLC
200 W. Santa Ana Blvd., Suite 300
Santa Ana, CA 92701
(714) 558-2400
www.nationwideasap.com

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 26, 2015.

Signature: _____
VIRGINIA CASTILO

**PROOF OF SERVICE BY MAIL**

Order#: 2613278MO/mailproof