# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTAIR INSTRUMENTS, INC., a California corporation,<br><br>　　　　　Plaintiff,<br>　　vs.<br>KELLEY WEST ENTERPRISES, LLC, a Florida limited liability company; PRESSER DIRECT, LLC, a California limited liability company; HSN, Inc., a Florida corporation, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. CV-15-08115 R (FFMx)<br><br>**FINAL JUDGMENT**<br><br>**Honorable Manuel L. Real** |

　　In light of the parties Amended Stipulation for Final Judgment, and good cause having been shown, the Court hereby enters final judgment in this matter as follows:

　　It is hereby **ORDERED, ADJUDGED AND DECREED** that:

(1)　Defendants Kelley West Enterprises, LLC and Presser Direct, LLC infringe claims 1, 2, 3, 5, 6, 8, 9, 10, 12, 13, 14, 16, 17, and 18 (the "asserted claims") of Plaintiff's United States patent no. 6,241,739 (the "'739 patent");

(2)　Each of the asserted claims is valid;

(3) Due to intervening rights, Plaintiff is entitled to damages only for patent infringement that occurred on or after July 15, 2015;

(4) Judgment in the amount of $36,325.00 is awarded in favor of Plaintiff and against Defendants Kelley West Enterprises, LLC and Presser Direct, LLC, jointly and severally;

(5) The parties shall be responsible for their own fees and costs to date;

(6) The parties expressly reserve their right to appeal this Final Judgment to obtain review of the rulings on motions for summary judgment and/or any other rulings that may be reviewable on any such appeal.

**IT IS SO ORDERED, ADJUDGED, AND DECREED**.

Dated: November 2, 2016

_____
United States District Court Judge